**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ARTURO PEREZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-10-196 |
| | § |
| GUARDIAN EQUITY MANAGEMENT, LLC, | § |
| | § |
| Defendant. | § |

**ORDER APPROVING SETTLEMENT**

The plaintiff, Arturo Perez, sued Guardian Equity Management, LLC. The plaintiff alleged that Guardian Equity Management, LLC did not pay him overtime for hours worked in excess of 40 hours in a work week, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* Perez sought to represent a class of similarly situated present and former employees within the relevant period. *See* 29 U.S.C. § 216. The court issued an order conditionally certifying the suit as a collective action and ordering notice. Before the notice issued, the parties advised that the individual plaintiff, Perez, and Guardian Equity Management, LLC have agreed to settle their claims in exchange for dismissal of this case, with prejudice. The settlement is limited to Arturo Perez's claims. The parties have filed the settlement agreement. Based on the record, the terms and conditions of the settlement, and the applicable law, this court grants the motion to approve the settlement and dismiss this case.

This court approves the proposed settlement as a fair and reasonable compromise of a *bona fide* dispute under the FLSA. The motion to dismiss, (Docket Entry No. 22), is granted.[1]

This case is dismissed, with prejudice.

SIGNED on August 31, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

---

[1] This order makes the motion relating to proposed class notice, Docket Entry No. 21, moot.